

# MEMO ENDORSED

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
Tel.: (917) 499-8632
mnimmer@law.nyc.gov

> Defendant's request to extend the deadline to file their opposition, until March 25, 2024, is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: March 20, 2024
> New York, New York

March 20, 2024

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:  *Z.H. v. N.Y.C. Dep't of Education*, 23-cv-3081 (ER)(OTW)

Dear Judge Ramos:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Honorable Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*, as well as for this action.

Defendant writes to respectfully request a 4-day extension of the opposition filing deadline from March 21, 2024 to March 25, 2024. This is the first request for an extension. Plaintiff graciously consents to this request. I sincerely apologize to the Court for the lateness of this request, which is due to the undersigned's supervisor's unexpected absence from the office.

Accordingly, Defendant respectfully requests that the filing deadline for its opposition papers be extended to March 25, 2024.

Respectfully submitted,

/s/
Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc:   Benjamin Kopp, Esq. (via ECF)