**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Z.H., individually and on behalf of
Z.H., a child with a disability,

                Plaintiff,                23 **CIVIL** 3081 (ER)

      -against-                    **JUDGMENT**
                                          For Attorney's Fees and Costs

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated August 7, 2024, the Court grants Plaintiff's motion for attorneys' fees and costs with the modifications to hourly rates and billable hours detailed above. Therefore, Plaintiff is due $15,981.60 for the underlying administrative action and $1,157.63 for the federal action. As stated above, the firm may bill $605.26 in costs. Accordingly, Plaintiff is entitled to a combined total of $17,744.49. The court finds that this reduction affords the "rough justice" that is the "essential goal in shifting fees." Y.S., 2024 WL 1759218, at *2. Accordingly, the case is closed.

**Dated:**  New York, New York

      August 8, 2024

                                                  **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                          **BY:**
                                          _____
                                            **Deputy Clerk**