UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.H., individually and on behalf of Z.H., a child
with a disability,

                              Plaintiff,

              – against –

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.

**<u>ORDER</u>**

23-cv-3081 (ER)

<u>Ramos, D.J.:</u>

On July 12, 2024, the Court issued an Opinion and Order granting Plaintiff attorneys' fees and costs for work performed by her attorneys, the Cuddy Law Firm, PLLC.  Doc. 39.  The Clerk's judgement for attorney's fees and costs was issued on August 8, 2024.  Doc. 42.  On August 9, 2024, Plaintiff appealed the August 8, 2024, judgement, which the Second Circuit remanded on August 12, 2024, "for further proceedings in the district court following [their] determination of 22-1184(L) and the other tandem appeals."  Docs. 44, 45.

Parties are hereby directed to submit a joint status update to the Court regarding 22-1184(L) and the other tandem appeals within one week of their determination by the Second Circuit.

SO ORDERED.

Dated:    October 2, 2024
          New York, New York

_____
              Edgardo Ramos, U.S.D.J.