UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.H., individually and on behalf of Z.H., a child with a disability,

           Plaintiff,

– against –

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.

**ORDER**

23-cv-3081 (ER)

Ramos, D.J.:

    On July 12, 2024, the Court issued an Opinion and Order granting Plaintiff attorneys' fees and costs for work performed by her attorneys, the Cuddy Law Firm, PLLC. Doc. 39. Specifically, the Court found that Plaintiff is due $15,981.60 for the underlying administrative action and $1,157.63 for the federal action. Doc. 39 at 17. The Court also granted $605.26 in costs. Accordingly, Plaintiff is entitled to a combined total of $17,744.49. *Id.*

    The Clerk's judgment was issued on August 8, 2024. Doc. 42. On August 9, 2024, Plaintiff appealed the judgment, which the Second Circuit remanded on August 12, 2024, "for further proceedings in the district court following [their] determination of 22-1184(L) and the other tandem appeals." Docs. 44, 45.

    Then, on October 2, 2024, the Court directed the parties to submit a joint status update to the Court regarding 22-1184(L) and the other tandem appeals within one week of their determination by the Second Circuit. Doc. 46.

    The parties submitted a joint status letter on August 4, 2025 informing the Court that the Second Circuit issued two decisions affirming the Court's Opinion and Order in its entirety. Doc. 48.

2

The parties jointly filed a second status letter on October 15, 2025 informing the Court that, on September 25, 2025, the Second Circuit declined a rehearing, whether *en banc* or otherwise, and issued a Mandate on October 3, 2025.  Doc. 50.

Accordingly, the Clerk of Court is respectfully directed to re-enter judgment as described above and close the case.

SO ORDERED.

Dated:   October 17, 2025
         New York, New York

_____
Edgardo Ramos, U.S.D.J.

2