UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.H., INDIVIDUALLY AND ON BEHALF OF Z.H., A CHILD WITH A DISABILITY.,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION.,

Defendant.

23 CIVIL 03081 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated August 7, 2024, and the Court's Order dated October 17, 2025, Judgment is re-entered. The Court grants Plaintiff's motion for attorneys' fees and costs with the modifications to hourly rates and billable hours detailed above. Therefore, Plaintiff is due $15,981.60 for the underlying administrative action and $1,157.63 for the federal action. As stated above, the firm may bill $605.26 in costs. Accordingly, Plaintiff is entitled to a combined total of $17,744.49. The court finds that this reduction affords the "rough justice" that is the "essential goal in shifting fees." Y.S., 2024 WL 1759218, at *2. Accordingly, the case is closed.

**Dated:** New York, New York
October 22, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**